**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                             NO. 4:13CR00299-01 JLH

ERIC GARNDER                                                                                DEFENDANT

## ORDER

The hearing on the government's Motion to Revoke the Probation of defendant Eric Gardner is hereby scheduled for **THURSDAY, DECEMBER 3, 2015, at 2:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of probation previously imposed should not be revoked. Document #5.

IT IS SO ORDERED this 20th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE